1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA

10

11   JONATHAN LIZAMA and
     CHRISTINE CORRERIA,
12
              Plaintiffs,
13
        v.
14
     W6LS, INC. D/B/A WITHU LOANS,
15   CALIBER FINANCIAL SERVICES,
     INC., and CLARITY SERVICES, INC.
16
              Defendants.
17

Case No. 2:23-cv-02679-KJM-KJN

Hon. Kimberly J. Mueller

**ORDER GRANTING SECOND
EXTENSION OF TIME TO
RESPOND TO COMPLAINT**

Complaint filed:  November 15, 2023
Current response date:  January 5, 2024
New response date:  February 12, 2024

18
19
20
21
22
23
24
25
26
27
28

Having reviewed the Parties' Stipulation for Second Extension of Time to Respond to the Complaint, and good cause appearing, IT IS HEREBY ORDERED that Clarity Services, Inc.'s deadline to answer or otherwise respond to Plaintiffs' Complaint in this matter is extended from January 5, 2024, to February 12, 2024.

DATED:  December 26, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND EXTENSION
OF TIME TO RESPOND TO COMPLAINT
Case No. 2:23-cv-02679-KJM-KJN