UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LIZAMA and CHRISTINE CORRERIA,<br><br>Plaintiffs,<br><br>v.<br><br>W6LS, INC. D/B/A WITHU LOANS, CALIBER FINANCIAL SERVICES, INC., and CLARITY SERVICES, INC.<br><br>Defendants. | Case No. 2:23-cv-02679-KJM-KJN<br><br>Hon. Kimberly J. Mueller<br><br>**ORDER GRANTING THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed: November 15, 2023<br>Current response date: February 12, 2024<br>New response date: March 12, 2024 |

Having reviewed the Parties' Stipulation for Third Extension of Time to Respond to the Complaint, and good cause appearing, IT IS HEREBY ORDERED that Clarity Services, Inc.'s deadline to answer or otherwise respond to Plaintiffs' Complaint in this matter is extended from February 12, 2024 to March 12, 2024.

DATED: February 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE