UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LIZAMA and CHRISTINE CORREIA,<br><br>Plaintiffs,<br><br>v.<br><br>W6LS, INC. D/B/A WITHU LOANS, CALIBER FINANCIAL SERVICES, INC., and CLARITY SERVICES, INC.<br><br>Defendants. | Case No. 2:23-cv-02679-KJM-KJN<br><br>Hon. Kimberly J. Mueller<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed:  November 15, 2023<br>Current response date:  February 12, 2024<br>New response date:  March 12, 2024 |

Having reviewed the Parties' Stipulation for Extension of Time to Respond to the Complaint, and good cause appearing, IT IS HEREBY ORDERED that W6LS, Inc. D/B/A WithU Loans ("WithU") and Caliber Financial Services, Inc. ("Caliber") shall have up to and including March 12, 2024, to answer or otherwise respond to Plaintiffs' Complaint in this matter.

DATED:  February 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE