UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LIZAMA and CHRISTINE CORREIA,<br><br>Plaintiffs,<br><br>v.<br><br>W6LS, INC. D/B/A WITHU LOANS, CALIBER FINANCIAL SERVICES, INC., and CLARITY SERVICES, INC.<br><br>Defendants. | Case No. 2:23-cv-02679-KJM-KJN<br><br>Hon. Kimberly J. Mueller<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUING SCHEDULING CONFERENCE**<br><br>Complaint filed:  November 15, 2023<br>Current response date:  February 12, 2024<br>New response date:  April 12, 2024 |

## ORDER

Having reviewed the Parties' Stipulation for Extension of Time to Respond to Complaint and Continuance of Scheduling Conference filed on March 11, 2024, and good cause appearing, IT IS HEREBY ORDERED that W6LS, Inc. D/B/A WithU Loans and Caliber Financial Services, Inc. shall have up to and including April 12, 2024, to answer or otherwise respond to Plaintiffs' Complaint in this matter.

IT IS FURTHER ORDERED that the Status (Pretrial Scheduling) Conference currently set for March 28, 2024 at 02:30 PM is continued to April 25, 2024 at 2:30 PM.

DATED:  March 12, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

- 2 -

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUING SCHEDULING CONFERENCE
Case No. 2:23-cv-02679-KJM-KJN